1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIM STEPHENSON, an individual on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>NPM STAFFING, LLC, a New Jersey limited liability company; FAIRFIELD RESIDENTIAL HOLDINGS, LLC, a Delaware limited liability company; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 3:19-cv-02337-GPC(BLM)<br><u>CLASS ACTION</u><br><u>Assigned for All Purposes To:</u><br>Hon. Gonzalo P. Curiel<br>Dept.: 2D<br><br>**ORDER GRANTING JOINT STIPULATED MOTION TO DISMISS**<br><br>Original Complaint Filed: September 11, 2019<br>Trial Date: None set. |

**ORDER**

The Court has considered the Joint Stipulated Motion to Dismiss ("Joint Stipulated Motion") filed by Plaintiff JIM STEPHENSON ("Plaintiff"), on behalf of himself and all other similarly situated employees of Defendants NPM STAFFING LLC and FAIRFIELD RESIDENTIAL HOLDINGS, LLC (collectively "Defendants") and Defendants (collectively, "the parties").

With good cause appearing, and pursuant to the Joint Stipulated Motion, the Court approves the Joint Stipulated Motion and it is hereby ordered that:

1. All claims and all causes of action as to all Defendants, brought individually on Plaintiff's own behalf, are dismissed WITH PREJUDICE, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

2. All claims and causes of action as to all Defendants, brought on behalf of others, are dismissed WITHOUT PREJUDICE, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

3. Plaintiff and Defendants shall bear their own costs and attorney's fees.

**IT IS SO ORDERED.**

Dated: July 21. 2020

Hon. Gonzalo P. Curiel
United States District Judge